UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM ANDREW PHILLIPS,

    Petitioner,

v.

PAT WARREN,

    Respondent.
_____/

Case No. 1:18-cv-957

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: March 13, 2020

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge